TRENTON EMERGENCY MEDICAL SERV
244 Perry St
Trenton NJ  08618-101

ORG 1030-3269
200 Full-time
EE ID: ███████     DD

ASHLEY M KELLY
347 JACKSON STREET
BRISTOL PA  19007

NON-NEGOTIABLE

CHASE BANK, NA
PAYABLE IF DESIRED AT:
ALL CHASE BANK, NA BANKS

### PERSONAL AND CHECK INFORMATION
Ashley M Kelly
347 Jackson Street
Bristol, PA  19007
**Employee ID:** 100557

**Home Department:** 200 Full-time

**Pay Period:** 06/28/25 to 07/11/25
**Check Date:** 07/18/25    **Check #:** 2014

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 166 | 1688.86 | 26834.64 |
| **NET PAY** | **1688.86** | **26834.64** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 64.2500 | 29.0000 | 1863.25 | 1104.7500 | 32037.75 |
| | Personal Time | | | | 12.0000 | 348.00 |
| | Overtime | 8.5000 | 43.5000 | 369.75 | 160.7500 | 6992.67 |
| | Holiday (Overtime) | 12.2500 | 43.5000 | 532.88 | 30.2500 | 1315.88 |
| | Holiday | | | | 24.0000 | 696.00 |
| | Sick | | | | 67.0000 | 1943.00 |
| | Vacation | | | | 12.0000 | 348.00 |
| | **Total Hours** | 85.0000 | | | 1410.7500 | |
| | **Total Hrs Worked** | 85.0000 | | | | |
| | **Gross Earnings** | | | 2765.88 | | 43681.30 |

### OTHER ITEMS
Do not increase Net Pay

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| PX401ERMAT | | | 165.95 | | 2620.89 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 163.07 | 2582.12 |
| Medicare | | 38.14 | 603.88 |
| Fed Income Tax | SMS +$75 | 294.61 | 4816.64 |
| NJ Income Tax | SMCU 0 | 95.33 | 1564.85 |
| NJ Disability | | 15.49 | 244.61 |
| NJ Unemploy | | 9.12 | 165.62 |
| NJ EE Work Dev | | 1.00 | 18.40 |
| **TOTAL** | | **616.76** | **9996.12** |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---|---|---|
| HEALTEECMP | 8.23 | | 123.45 |
| PX401 LN PMT 2 | 46.25 | 693.72 | 508.75 |
| PX401EEPRE | 165.95 | | 2620.89 |
| PX401LOAN | 73.52 | 588.14 | 1102.80 |
| Postax Ben | 38.93 | | 583.95 |
| S125DEEDEN | 6.78 | | 101.70 |
| S125MEECMP | 120.60 | | 1809.00 |
| **TOTAL** | **460.26** | | **6850.54** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1688.86 | 26834.64 |

Payrolls by Paychex, Inc.
**0940 1030-3269**  Trenton Emergency Medical Serv • 244 Perry St • Trenton NJ  08618-101 • (609) 393-0688

TRENTON EMERGENCY MEDICAL SERV
244 Perry St
Trenton NJ  08618-101

1030-3269
ORG 1-200 Full-time
EE ID:  ███████  DD

ASHLEY M KELLY
347 JACKSON STREET
BRISTOL PA  19007

NON-NEGOTIABLE

CHASE BANK, NA
PAYABLE IF DESIRED AT:
ALL CHASE BANK, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**
Ashley M Kelly
347 Jackson Street
Bristol, PA  19007
**Employee ID:** 100557

**Home Department:** 200 Full-time

**Pay Period:** 06/14/25 **to** 06/27/25
**Check Date:** 07/03/25    **Check #:** 1970

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 166 | 1615.18 | 25145.78 |
| **NET PAY** | **1615.18** | **25145.78** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---:|---:|---:|---:|---:|
| | Regular | 76.2500 | 29.0000 | 2211.25 | 1040.5000 | 30174.50 |
| | Personal Time | | | | 12.0000 | 348.00 |
| | Overtime | 10.2500 | 43.5000 | 445.88 | 152.2500 | 6622.92 |
| | Holiday (Overtime) | | | | 18.0000 | 783.00 |
| | Holiday | | | | 24.0000 | 696.00 |
| | Sick | | | | 67.0000 | 1943.00 |
| | Vacation | | | | 12.0000 | 348.00 |
| | **Total Hours** | 86.5000 | | | 1325.7500 | |
| | **Total Hrs Worked** | 86.5000 | | | | |
| | **Gross Earnings** | | | 2657.13 | | 40915.42 |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---:|---:|---:|---:|---:|
| PX401ERMAT | | | 159.43 | | 2454.94 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 156.34 | 2419.05 |
| Medicare | | 36.56 | 565.74 |
| Fed Income Tax | SMS +$75 | 280.05 | 4522.03 |
| NJ Income Tax | SMCU 0 | 89.09 | 1469.52 |
| NJ Disability | | 14.88 | 229.12 |
| NJ Unemploy | | 10.16 | 156.50 |
| NJ EE Work Dev | | 1.13 | 17.40 |
| **TOTAL** | | 588.21 | 9379.36 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---:|---:|---:|
| HEALTEECMP | 8.23 | | 115.22 |
| PX401 LN PMT 2 | 46.25 | 739.97 | 462.50 |
| PX401EEPRE | 159.43 | | 2454.94 |
| PX401LOAN | 73.52 | 661.66 | 1029.28 |
| Postax Ben | 38.93 | | 545.02 |
| S125DEEDEN | 6.78 | | 94.92 |
| S125MEECMP | 120.60 | | 1688.40 |
| **TOTAL** | 453.74 | | 6390.28 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1615.18** | **25145.78** |

*Payrolls by Paychex, Inc.*
0940 1030-3269 Trenton Emergency Medical Serv • 244 Perry St • Trenton NJ  08618-101 • (609) 393-0688

TRENTON EMERGENCY MEDICAL SERV
244 Perry St
Trenton NJ  08618-101

1030-3269
ORG 1-200 Full-time
EE ID: ███████    DD

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

ASHLEY M KELLY
347 JACKSON STREET
BRISTOL PA  19007

CHASE BANK, NA
PAYABLE IF DESIRED AT:
ALL CHASE BANK, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**
Ashley M Kelly
347 Jackson Street
Bristol, PA  19007
**Employee ID:** 100557

**Home Department:** 200 Full-time

**Pay Period:** 05/31/25 **to** 06/13/25
**Check Date:** 06/20/25    **Check #:** 1930

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 166 | 1560.68 | 23530.60 |
| **NET PAY** | **1560.68** | **23530.60** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---:|---:|---:|---:|---:|
| | Regular | 76.5000 | 29.0000 | 2218.50 | 964.2500 | 27963.25 |
| | Personal Time | | | | 12.0000 | 348.00 |
| | Overtime | 8.2500 | 43.5000 | 358.88 | 142.0000 | 6177.04 |
| | Holiday (Overtime) | | | | 18.0000 | 783.00 |
| | Holiday | | | | 24.0000 | 696.00 |
| | Sick | | | | 67.0000 | 1943.00 |
| | Vacation | | | | 12.0000 | 348.00 |
| | **Total Hours** | 84.7500 | | | 1239.2500 | |
| | **Total Hrs Worked** | 84.7500 | | | | |
| | **Gross Earnings** | | | 2577.38 | | 38258.29 |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---:|---:|---:|---:|---:|
| PX401ERMAT | | | 154.64 | | 2295.51 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 151.39 | 2262.71 |
| Medicare | | 35.40 | 529.18 |
| Fed Income Tax | SMS  +$75 | 271.05 | 4241.98 |
| NJ Income Tax | SMCU 0 | 84.52 | 1380.43 |
| NJ Disability | | 14.43 | 214.24 |
| NJ Unemploy | | 9.86 | 146.34 |
| NJ EE Work Dev | | 1.10 | 16.27 |
| **TOTAL** | | 567.75 | 8791.15 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---:|---:|---:|
| HEALTEECMP | 8.23 | | 106.99 |
| PX401 LN PMT 2 | 46.25 | 786.22 | 416.25 |
| PX401EEPRE | 154.64 | | 2295.51 |
| PX401LOAN | 73.52 | 735.18 | 955.76 |
| Postax Ben | 38.93 | | 506.09 |
| S125DEEDEN | 6.78 | | 88.14 |
| S125MEECMP | 120.60 | | 1567.80 |
| **TOTAL** | 448.95 | | 5936.54 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1560.68** | **23530.60** |

*Payrolls by Paychex, Inc.*

0940  1030-3269  Trenton Emergency Medical Serv • 244 Perry St • Trenton NJ  08618-101 • (609) 393-0688

TRENTON EMERGENCY MEDICAL SERV
244 Perry St
Trenton NJ 08618-101

1030-3269
ORG 1-200 Full-time
EE ID: ██████    DD

NON-NEGOTIABLE

ASHLEY M KELLY
347 JACKSON STREET
BRISTOL PA 19007

CHASE BANK, NA
PAYABLE IF DESIRED AT:
ALL CHASE BANK, NA BANKS

Payrolls by Paychex, Inc.

---

**PERSONAL AND CHECK INFORMATION**
Ashley M Kelly
347 Jackson Street
Bristol, PA 19007
**Employee ID:** 100557

**Home Department:** 200 Full-time

**Pay Period:** 05/17/25 **to** 05/30/25
**Check Date:** 06/06/25    **Check #:** 1894

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 166 | 1776.97 | 21969.92 |
| **NET PAY** | **1776.97** | **21969.92** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 79.5000 | 29.0000 | 2305.50 | 887.7500 | 25744.75 |
| | Personal Time | | | | 12.0000 | 348.00 |
| | Overtime | 8.7500 | 43.5000 | 380.63 | 133.7500 | 5818.16 |
| | Holiday (Overtime) | | | | 18.0000 | 783.00 |
| | Holiday | 8.0000 | 29.0000 | 232.00 | 24.0000 | 696.00 |
| | Sick | | | | 67.0000 | 1943.00 |
| | Vacation | | | | 12.0000 | 348.00 |
| | **Total Hours** | 96.2500 | | | 1154.5000 | |
| | **Total Hrs Worked** | 88.2500 | | | | |
| | **Gross Earnings** | | | 2918.13 | | 35680.91 |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| PX401ERMAT | | | 175.09 | | 2140.87 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 172.51 | 2111.32 |
| Medicare | | 40.35 | 493.78 |
| Fed Income Tax | SMS +$75 | 326.10 | 3970.93 |
| NJ Income Tax | SMCU 0 | 104.06 | 1295.91 |
| NJ Disability | | 16.34 | 199.81 |
| NJ Unemploy | | 11.16 | 136.48 |
| NJ EE Work Dev | | 1.24 | 15.17 |
| **TOTAL** | | 671.76 | 8223.40 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---|---|---|
| HEALTEECMP | 8.23 | | 98.76 |
| PX401 LN PMT 2 | 46.25 | 832.47 | 370.00 |
| PX401EEPRE | 175.09 | | 2140.87 |
| PX401LOAN | 73.52 | 808.70 | 882.24 |
| Postax Ben | 38.93 | | 467.16 |
| S125DEEDEN | 6.78 | | 81.36 |
| S125MEECMP | 120.60 | | 1447.20 |
| **TOTAL** | 469.40 | | 5487.59 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1776.97** | **21969.92** |

*Payrolls by Paychex, Inc.*

0940 1030-3269  Trenton Emergency Medical Serv • 244 Perry St • Trenton NJ 08618-101 • (609) 393-0688

TRENTON EMERGENCY MEDICAL SERV
244 Perry St
Trenton NJ 08618-101

1030-3269
ORG 1-200 Full-time
EE ID: ██████    DD

ASHLEY M KELLY
347 JACKSON STREET
BRISTOL PA 19007

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

CHASE BANK, NA
PAYABLE IF DESIRED AT:
ALL CHASE BANK, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**
Ashley M Kelly
347 Jackson Street
Bristol, PA 19007
**Employee ID:** 100557

**Home Department:** 200 Full-time

**Pay Period:** 05/03/25 **to** 05/16/25
**Check Date:** 05/23/25    **Check #:** 1856

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 166 | 1885.65 | 20192.95 |
| **NET PAY** | **1885.65** | **20192.95** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.0000 | 29.0000 | 2320.00 | 808.2500 | 23439.25 |
| | Personal Time | | | | 12.0000 | 348.00 |
| | Overtime | 18.0000 | 43.5000 | 783.00 | 125.0000 | 5437.53 |
| | Holiday (Overtime) | | | | 18.0000 | 783.00 |
| | Holiday | | | | 16.0000 | 464.00 |
| | Sick | | | | 67.0000 | 1943.00 |
| | Vacation | | | | 12.0000 | 348.00 |
| | **Total Hours** | 98.0000 | | | 1058.2500 | |
| | **Total Hrs Worked** | 98.0000 | | | | |
| | **Gross Earnings** | | | 3103.00 | | 32762.78 |

**OTHER ITEMS** *Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| PX401ERMAT | | | 186.18 | | 1965.78 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 183.98 | 1938.81 |
| Medicare | | 43.03 | 453.43 |
| Fed Income Tax | SMS +$75 | 364.33 | 3644.83 |
| NJ Income Tax | SMCU 0 | 114.95 | 1191.85 |
| NJ Disability | | 17.38 | 183.47 |
| NJ Unemploy | | 11.87 | 125.32 |
| NJ EE Work Dev | | 1.32 | 13.93 |
| **TOTAL** | | 736.86 | 7551.64 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---|---|---|
| HEALTEECMP | 8.23 | | 90.53 |
| PX401 LN PMT 2 | 46.25 | 878.72 | 323.75 |
| PX401EEPRE | 186.18 | | 1965.78 |
| PX401LOAN | 73.52 | 882.22 | 808.72 |
| Postax Ben | 38.93 | | 428.23 |
| S125DEEDEN | 6.78 | | 74.58 |
| S125MEECMP | 120.60 | | 1326.60 |
| **TOTAL** | 480.49 | | 5018.19 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1885.65** | **20192.95** |