B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re  ASHLEY M KELLY  ,                     Case No.  2-25-BK-13047

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | LUMINARX SKYFI II HOLDINGS 2024 TRUST |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LVNV Funding LLC
PO Box 10587
Greenville SC 29603

Court Claim # (if known):  2
Amount of Claim:  29,390.86
Date Claim Filed:  8/14/2025

Phone:  (877) 264-5884
Last Four Digits of Acct #:  8910

Phone:
Last Four Digits of Acct. #:  8910

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603

Phone:  (877) 264-5884
Last Four Digits of Acct #:  8910

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Susan Gaines                              Date: 11/6/2025
Transferee/Transferee's Agent
(877) 264-5884
AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.