United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-13047-amc
Ashley M. Kelly Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 28, 2026      Form ID: 155      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ashley M. Kelly, 347 Jackson St, Bristol, PA 19007-4103 |
| 15034783 | + | Bucks County Tax Claim Bureau, 55 E Court St, Doylestown, PA 18901-4318 |
| 15034784 | | Bucks County Water & Sewer Authority, Attn: Bankruptcy, 1275 Almshouse Rd, Warrington, PA 18976-1209 |
| 15034788 | | OppLoans, Attn: Bankruptcy, One Prudential Plaza, 130 E Randolph St,, Chicago, IL 60601 |
| 15034789 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15041431 | + | Pennymac Loan Services, LLC, Powers Kirn LLC, c/o Jill Manuel-Couglin, Esq., 8 Neshaminy Interplex, Suite 215, Trevose PA 19053-6980 |
| 15034797 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15053596 | + | Email/Text: bkfilings@zwickerpc.com | Jan 29 2026 00:32:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15034781 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2026 00:43:38 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15034782 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 29 2026 00:43:38 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 15034785 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2026 00:43:52 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15034786 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 29 2026 00:32:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15034787 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2026 00:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15070738 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 00:43:39 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15039625 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 00:43:39 | Luminarx Skyfi Ii Holdings 2024 Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034793 | | Email/Text: EBN@Mohela.com | Jan 29 2026 00:31:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15053609 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2026 00:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15057697 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2026 00:43:45 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15034790 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2026 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy |

Case 25-13047-amc   Doc 22   Filed 01/30/26   Entered 01/31/26 00:39:32   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: 155 | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| | | | Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15036169 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2026 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15034791 | ^ MEBN | Jan 29 2026 00:25:01 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15048943 | + Email/PDF: ebnotices@pnmac.com | Jan 29 2026 00:43:42 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 15034794 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 00:43:44 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 15057571 | + Email/PDF: ebn_ais@aisinfo.com | Jan 29 2026 00:43:42 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15034795 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 00:43:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15034796 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 29 2026 00:32:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15034798 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 29 2026 00:43:52 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15056044 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 29 2026 00:43:44 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15034799 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 29 2026 00:43:44 | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy, 1 Home Campus MACX2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15034792 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 30, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 28, 2026 | Form ID: 155 | Total Noticed: 29

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Ashley M. Kelly help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Ashley M. Kelly                               )<br>                                           )<br>   Debtor(s).                                  )<br>                                           ) | Case No. 25−13047−amc<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: January 27, 2026                                                               For The Court

                                                                                                    Ashely M. Chan
                                                                                                    Chief Judge, United States Bankruptcy Court