**BUCKS COUNTY RECORDER OF DEEDS**
**55 East Court Street**
**Doylestown, Pennsylvania 18901**
**(215) 348-6209**

Instrument Number - 2025035628
Recorded On 8/13/2025 At 12:25:13 PM * Total Pages - 3
* Instrument Type - MORTGAGE ASSIGNMENT
Invoice Number - User - JCD
* Mortgagor - PROSPERITY HOME MORTGAGE LLC
* Mortgagee - PENNYMAC LOAN SERVICES LLC
* Customer - SIMPLIFILE LC E-RECORDING
* FEES

| | |
|---|---|
| RECORDING FEES | $71.75 |
| TOTAL PAID | $71.75 |

Bucks County UPI Certification
On August 12, 2025 By SHY

**This is a certification page**

**DO NOT DETACH**

**This page is now part of this legal document.**

RETURN DOCUMENT TO:
NATIONWIDE TITLE CLEARING, LLC
2100 ALT 19
PALM HARBOR, FL 34683-2620

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Bucks County, Pennsylvania.

THE RECORDERS OFFICE OF BUCKS COUNTY, PA.

Daniel J. McPhillips
Recorder of Deeds

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

[redacted]

EXHIBIT C

CERTIFIED PROPERTY IDENTIFICATION NUMBERS
04-024-164- - BRISTOL BOR
CERTIFIED 08/12/2025 BY SHY

**Prepared By:**
**Jennifer Zak/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683**
**(800)346-9152**

When Recorded Return To:
PennyMac Loan Services, LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

Parcel ID Number 04-024-164

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR PROSPERITY HOME MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all liens, and any rights due or to become due thereon to **PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 11/09/2022, in the amount of $247,926.00 made by **ASHLEY KELLY AND NICOLE SOGOMONIAN** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR PROSPERITY HOME MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS** recorded on 11/14/2022, in the Office of the Recorder of Deeds of **BUCKS** County, in the State of **Pennsylvania**, in **Instrument # 2022067336.**

Property is more commonly known as: 347 JACKSON ST, BRISTOL, PA 19007.

**Dated this 12th day of August in the year 2025**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR PROSPERITY HOME MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS**

By: ______________________________
**SUSAN HICKS**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

[redacted] MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) N1 MIN
MERS PHONE 1-888-679-6377 MERS Mailing Addresses: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026 [redacted]

[redacted]

STATE OF FLORIDA COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 12th day of August in the year 2025, by Susan Hicks as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR PROSPERITY HOME MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**VICKY MCCOY**
**COMM EXPIRES: 12/18/2026**

VICKY MCCOY
Notary Public - State of Florida
Commission # HH 328470
My Comm. Expires Dec 18, 2026
Bonded through National Notary Assn.

Assignment of Mortgage from:
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR PROSPERITY HOME MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)**
to:
**PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **ASHLEY KELLY AND NICOLE SOGOMONIAN**

All that certain lot or piece of ground situated in
Mortgage Premises: 347 JACKSON ST
BRISTOL, PA 19007
BUCKS
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

**Certificate of Residence**

I, **Susan Hicks**, do certify that the precise address of the within named Assignee is:
**PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

**SUSAN HICKS**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

[redacted] MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) MERS PHONE 1-888-679-6377 MERS Mailing Addresses: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026 [redacted]

[redacted] [redacted]