**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Ashley M. Kelly,<br><br>Debtor. | Case No. 25-13047-AMC<br>Chapter 13 |

**Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, Debtor Ashley M. Kelly, by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under Chapter 13 on July 31, 2025.
2. The trustee in this case is Kenneth E. West.
3. The current plan was approved on January 28, 2026. It is a pro-rata plan.
4. Creditor PennyMac Loan Services, LLC recently filed a Motion for Relief From the Automatic Stay ("MFR").
5. A stipulation settling the MFR has been filed at ECF No. 27, and the Debtor wants to amend their plan to roll in the post-petition arrears per the stipulation's terms.
6. The proposed plan rolls in the post-petition arrears and increases the Debtor's monthly payments to the Trustee moving forward.
7. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 31 as the new confirmed plan.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: September 29, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com