**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Ashley M. Kelly,<br><br>Debtor. | Case No. 25-13047-AMC<br>Chapter 13 |

# ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 32, the “Motion”);

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 31) is **APPROVED**.

**Date:** Nov. 18, 2026

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge